**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: COLLINS v. MEAD
JOHNSON & COMPANY, LLC, et al.

Case Number:    1:24-cv-7140

An appearance is hereby filed by the undersigned as attorney for:

Mead Johnson & Company, LLC; Mead Johnson Nutrition Company; and
Jessica Mackey

Attorney name (type or print):  Anthony J. Anscombe

Firm:    STEPTOE LLP
Street address:    227 West Monroe Ave., Suite 4700

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6257352
(See item 3 in instructions)

Telephone Number:    (312) 577-1265

Email Address: aanscombe@steptoe.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | [x] Yes | [ ] No |
| Are you a member of the court's general bar? | [x] Yes | [ ] No |
| Are you a member of the court's trial bar? | [ ] Yes | [x] No |
| Are you appearing *pro hac vice*? | [ ] Yes | [x] No |
| If this case reaches trial, will you act as the trial attorney? | [ ] Yes | [x] No |

If this is a criminal case, check your status.
[ ] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you a
[ ] Federal Defender
[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 15, 2024

Attorney signature:    S/ Anthony J. Anscombe
(Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023