# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cadence Collins

          Plaintiff,

v.                  Case No.: 1:24–cv–07140
                 Honorable Rebecca R. Pallmeyer

Mead Johnson & Company LLC, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 30, 2024:

  MINUTE entry before the Honorable Rebecca R. Pallmeyer: Plaintiff's reply, if any, in support of her motion for remand [25] shall be filed on or before September 5, 2024. Her emergency motion to expedite the briefing schedule [26] is denied as moot. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.